# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

FRED DEMBSKI, individually, and on
Behalf of all others similarly situated,

      Plaintiff,

v.

CLEAR RATE COMMUNICATIONS,
INC., a Michigan corporation,

      Defendant.

Case No. 18-12622
District Judge Mark A. Goldsmith
Mag. Judge David R. Grand

---

## STIPULATED ORDER OF DISMISSAL OF CASE IN ITS ENTIRETY WITH PREJUDICE AND WITHOUT COSTS

The parties, through their respective counsel, having stipulated to entry of this Order and the Court being otherwise fully informed upon the premises;

IT IS HEREBY ORDERED that all claims asserted by all parties are hereby dismissed with prejudice and without costs, interest or attorney fees to any party.

IT IS FURTHER ORDERED that the Court retains jurisdiction to enforce the parties' settlement agreement.

IT IS SO ORDERED.

Dated:  August 28, 2019
    Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

Stipulated and agreed by:

**KAUFMAN PA**

**HOWARD & HOWARD ATTORNEYS PLLC**

2

By: /s/Avi R. Kaufman**          By: /s/Jonathan F. Karmo (P76768)
Co-Counsel for Plaintiff          Counsel for Defendant
400 NW 26th Street                450 W. Fourth Street
Miami, FL 33127                   Royal Oak, MI 48067
(305) 469-5881                    (248) 723-0325
kaufman@kaufmanpa.com             jfk@h2law.com

**Permission granted via
Email – 9/17/19

4841-0009-9238, v. 1